UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# WRIT OF EXECUTION

*To the UNITED STATES MARSHAL for the Southern District of Texas:*

In Civil Action Number | H:05-CV-0005

In this Division | Houston

Which was styled:

Andrew Cooper, individually and on behalf of those similarly situated

- *versus* -

Ethio Express Shuttle Service, Inc.

This judgment creditor:

Andrew Cooper, Michael Calligan & Gerald Fields

Recovered a judgment of | $ 32,247.00

Plus costs of | $ 225.00

Which judgment was entered on | May 10, 2005

And bears interest at | 3.33 %

From this judgment debtor:

Ethio Express Shuttle Service, Inc.

You are commanded to take of the goods, land and choses-in-action of the judgment debtor enough to pay the judgment in full and the costs of this writ. Fail not, and return this writ, certifying how you executed it.

United States District Court
Southern District of Texas

*Michael N. Milby, Clerk*

By: _____
Deputy Clerk

Date Issued: 11-13-06

SDTX(writexe.wpd)
02/03/98