IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ETHIO EXPRESS SHUTTLE SERVICE | § | CASE NO: 07-31063 |
| INC./TEXAN SHUTTLE | § | |
|     Debtor(s) | § | |
| | § | CHAPTER 7 |

### ORDER DISMISSING CASE

After hearing this date, Debtor's counsel having confirmed that all creditors and parties in interest were notified of this motion to dismiss, and no parties having objected or having appeared at the hearing to object, this case is dismissed.

SIGNED 04/09/2007.

WESLEY W STEEN
United States Bankruptcy Judge

1 / 1

**Exhibit 1**