IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANDREW COOPER, on His Behalf and on Behalf of Those Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ETHIO EXPRESS SHUTTLE SERVICE, INC.,<br><br>Defendant | § § § § § § § § § § § § | CIVIL ACTION NO. H-05-0005 |

## ORDER

Plaintiffs' Application for Writ of Garnishment After Judgment (Docket Entry No. 20) is **GRANTED.**

**SIGNED** at Houston, Texas, on this 11th day of April, 2007.

SIM LAKE
UNITED STATES DISTRICT JUDGE