IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANDREW COOPER on his behalf and on behalf of those similarly situated, | § § § | Civil Action No. H-05-0005 |
| v. | § § | Jury Trial Demanded |
| ETHIO EXPRESS SHUTTLE SERVICE, INC. | § § § § | Collective Action |

## WRIT

Whereas, in the United States District Court for the Southern District of Texas, Houston Division, in a certain cause wherein Plaintiffs Andrew Cooper, Michael Dwayne Calligan, and Gerald Fields are Plaintiffs and Ethio Express Shuttle Service, Inc. d/b/a Texans Shuttle is a Defendant, the Plaintiff claiming indebtedness against the said Defendant of $32,247.00, besides interest and costs of suit, has applied for a writ of garnishment against you, Bank of America, N.A. therefore you are hereby commanded to answer following the expiration of twenty days from the date of service hereof, then and there to answer upon oath what, if anything, you are indebted to the said Defendant and were when this writ was served upon you, and what effects, if any, of the said Defendant you have in your possession, and had when this writ was served, and had when this writ was served, and what other persons, if any, within your knowledge, are indebted to the said Defendant or have effects belonging to him in their possession.

You are further commanded not to pay to Defendants any debt or to deliver to him any effects, pending further order of this court. Herein fail not, but make due answer as the law directs.

Signed on this the _____ day of _____ 2007

By    _____
       Deputy Clerk